**Almo JOHNSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 42644.**

Court of Criminal Appeals of Texas.

March 4, 1970.

Rehearing Denied May 27, 1970.

Alfred J. Bonner, Houston, for appellant.

Carol S. Vance, Dist. Atty., James C. Brough and Ted Hirtz, Asst. Dist. Attys., Houston, and Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

DOUGLAS, Judge.

This is a companion case with Johnson v. State of Texas, Tex.Cr.App., 453 S.W.2d 828.

The sole contention of appellant is that the evidence is insufficient to support the conviction. The evidence as set out in the above case is stronger against appellant than against Juanita Johnson and is sufficient to support the conviction.

The judgment is affirmed.